UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BARBARA WILLINGHAM, | * |
| Plaintiff, | * |
| v. | *   NO. ~~03-2569-D~~/P |
| | 04-2391 |
| WORLDWIDE MORTGAGE CORP., ET AL., | * |
| Defendants. | * |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO NOVASTAR'S REQUESTS FOR ADMISSIONS AND, IN THE ALTERNATIVE, FOR LEAVE TO WITHDRAW ANY AND ALL ADMISSIONS DEEMED ADMITTED

COMES NOW Plaintiff, Barbara Willingham, by her undersigned attorneys, and moves the court pursuant to Rule 36(b) of the Federal Rules of Civil Procedure, for an order granting Plaintiff an extension of time from April 21, 2005 until May 9, 2005 to serve responses to Novastar's Requests for Admissions and, in the alternative, to withdraw any and all responses deemed admitted.

In support of the Motion, the Plaintiff relies upon her Memoranda in Support of their Motions to Extension of Time and, in the Alternative, for Withdrawal of Admissions and their Certificates of Consultation, filed contemporaneously herewith.

WHEREFORE, Plaintiff moves this Court for an extension of time, until May 9, 2005, within which to respond to the Requests for Admissions, and in the alternative, for withdrawal of any or all of its responses deemed admitted.

**MOTION GRANTED**
DATE: 6-3-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

Dated: May 9, 2005.

Respectfully submitted,

*/s/ Sapna V. Raj*

Webb A. Brewer # 9030
Sapna V. Raj # 19679
Counsel for Plaintiffs
Memphis Fair Housing Center
Memphis Area Legal Service, Inc.
109 N. Main St. Suite 201
Memphis, TN  38103
(901) 432-4663

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Requests for Extension of time for Responses to Requests for Admissions were served by regular United States Mail this the 9th day of May 2005, on the following:

Evan Nahmias
McDonald Kuhn
Pembroke Square
119 South Main St. Suite 400
Memphis, TN  38103

Roscoe Porter Feild
Burch, Porter, & Johnson
130 N. Court Avenue
Memphis, TN  38103

Bruce Alexander
Weiner, Brodsky, Sidman, Kider, P.C.
1300 19th Street, N.W. 5th Floor
Washington, D.C.  20036

John S. Golwen
Bass Berry & Sims
100 Peabody Place, Suite 900
Memphis, TN  38103

Timothy Hayes
The Hardison Law Firm
119 South Main, Suite 300
Memphis, TN  38103

_____
Sapna V. Raj

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:04-CV-02391 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT