IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 17 PM 1: 57
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

**EDGAR JOHNSON,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No.: 03-2567 D

---

**BOBBIE CARR,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No. 03-2569 D

---

**CHARLENE SPINKS,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.**

Case No. 04-2568 D

---

**GERALD BOWEN, et al.,**

    Plaintiff,

v.

**WORLDWIDE MORTGAGE CORP., et al.**

Case No. 04-2575 D

**CHARLESETTA BEARD,**

    Plaintiff,   Case No. 04-2183 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**BARBARA WILLINGHAM,**

    Plaintiff,   Case No. 04-2391 D ✓

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**ELIZABETH PITCHFORD,**

    Plaintiff,   Case No. 04-2743 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**LILLY LEWIS,**

    Plaintiff,   Case No. 05-2524

v.

**MEMPHIS FINANCIAL SERVICES, INC., et al.**

---

ORDER REFERRING CASE TO MEDIATION

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on  2/11/8/0

By consent of the parties, the above cases are hereby referred to Attorney Arnold Perl of the law firm of Young and Perl for mediation. The mediator will assess the particular needs of each case to determine the specific needs of the parties.

**IT IS SO ORDERED** this ___16___ day of ___November___, 2005.

*[signature]*
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 111 in case 2:04-CV-02391 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes  
THE HARDISON LAW FIRM  
119 S. Main St.  
Ste. 300  
Memphis, TN 38103  

John S. Golwen  
BASS BERRY & SIMS PLC- Memphis  
100 Peabody Place  
Ste. 900  
Memphis, TN 38103  

R. Porter Feild  
BURCH PORTER & JOHNSON  
130 N. Court Avenue  
Memphis, TN 38103  

John L. Ryder  
HARRIS SHELTON DUNLAP COBB & RYDER  
One Commerce Square  
Ste. 2700  
Memphis, TN 38103  

Evan Nahmias  
MCDONALD KUHN  
119 South Main St.  
Ste. 400  
Memphis, TN 38103  

Susan L. Ratner  
MEMPHIS AREA LEGAL SERVICES, INC.  
109 N. Main Street  
Ste. 201  
Memphis, TN 38103  

Kristen C. Wright  
BASS BERRY & SIMS PLC- Memphis  
100 Peabody Place  
Ste. 900  
Memphis, TN 38103  

Mitchel H. Kider  
WEINER BRODSKY SIDMAN KIDER, P.C.  
1300 19th Street, N.W.  
5th floor  
Washington, DC 20036--160

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT