# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

BARBARA WILLINGHAM

    Plaintiff,

v.                                    NO: 2:04CV 02391 DMaV

WORLDWIDE MORTGAGE CORPORATION,
HOME TECH SERVICES COMPANY, INC.,
MEMPHIS FINANCIAL SERVICES, INC.,
ECONOMIC ADVANTAGES CORPORATION,
NOVASTAR MORTGAGE, EQUITY TITLE
AND ESCROW CO. OF MEMPHIS, LLC,
PERKINS REMODELING & CONSTRUCTION, INC.
ROY L. PERKINS, STEPHEN WINKEL,
EARNEST WELLS, CHANDRA WELLS,
SANDRA WELLS, GREGG DREW, NINA TOWNES

    Defendant,

## ORDER ON MOTION OF EVAN NAHMIAS, LOYS A JORDAN AND THE LAW FIRM OF MCDONALD KUHN, PLLC TO WITHDRAW AS COUNSEL WORLDWIDE MORTGAGE CORPORATION; HOME TECH SERVICES COMPANY, INC.; MEMPHIS FINANCIAL SERVICES, INC.; EARNEST WELLS; CHANDRA WELLS; SANDRA WELLS AND NINA TOWNES

CAME, Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC ("Movants") and moved this Court for an Order permitting their withdraw from representation and relief from any further responsibility for the Defendants, Worldwide Mortgage Corporation, Home Tech Services Co., Inc., Earnest Wells, Jr., and Elnora Harris ("Defendants").

THE MOTION IS WELL TAKEN.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/23/05

THEREOFRE, IT IS ORDERED THAT Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC are released from representing Defendants, Worldwide Mortgage Corporation, Home Tech Services Company, Inc., Earnest Wells, Jr., and Elnora Harris ("Defendants") and they are relieved of any future obligation in this matter.

Dated this 21 day of December, 2005.

Judge: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 2:04-CV-02391 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Bernice Donald
US DISTRICT COURT